UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOSHUA MORCIGLIO,<br><br>Defendant. | 17 Cr. 531 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a hearing on December 11, 2020, at 9:00 a.m. The hearing shall take place by videoconference, and instructions for accessing the conference will be distributed in advance of the conference. The date and time will be confirmed the week before the conference.

SO ORDERED.

Dated:   November 30, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge