UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JOSHUA MORCIGLIO,

Defendant.

17 Cr. 531 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a hearing on June 10, 2021, at 11:30 a.m. The hearing shall take place by videoconference, and instructions for accessing the conference will be distributed in advance of the conference. The date and time will be confirmed the week before the conference.

SO ORDERED.

Dated: May 18, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge