UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOSHUA MORCIGLIO,<br><br>Defendant. | 17 Cr. 531 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for June 10, 2021, is hereby ADJOURNED to June 15, 2021, at 10:30 a.m. The hearing shall take place by videoconference, and instructions for accessing the conference will be distributed in advance of the conference.

SO ORDERED.

Dated:  June 10, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge