```
                                                  AUSA:    Alison G. Moe
                                                  Tel. No.: 212-637-2225
```

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    WARDEN
GEORGE R. VIERNO CENTER
09-09 HAZEN STREET
EAST ELMHURST, NY 11370
        and
U.S. MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK
        and
U.S. PROBATION OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK

Greetings:

YOU ARE HEREBY COMMANDED to have the body of inmate **JOSHUA MORCIGLIO** (**NYSID:** ▮▮▮▮, **DOB:** ▮▮▮▮) incarcerated in the above-stated correctional facility, under your custody as it is said, released into the custody of the United States Marshals Service or any officer of the United States Probation Office for the Southern District of New York, so that said inmate may be transported under safe and secure conduct to the warden or other person in charge of the Metropolitan Correctional Center, New York, New York, or other designated facility, there to be available for prosecution before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, as soon as available and no later than **August 16, 2021**, or soon thereafter, on the violation of supervised release proceeding in *United States* v. *Joshua Morciglio*, 17 Cr. 531 (KPF), and thereafter, when the inmate shall have been discharged or convicted and sentenced, to return the inmate to the **George R. Vierno Center** or as may otherwise be directed by the Court, and have you then and there this writ.

WITNESS the Honorable Katherine Polk Failla, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, this  29th  day of July, 2021.

_____
Clerk, United States District Court
Southern District of New York

The foregoing writ is hereby allowed.

_____
The Honorable Katherine Polk Failla
United States District Judge