UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 531 (KPF) |
| JOSHUA MORCIGLIO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a hearing on September 9, 2021, at 2:00 p.m. The hearing shall take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   August 2, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge