UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JOSHUA MORCIGLIO,

Defendant.

17 Cr. 531 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that on November 23, 2021, at 10:00 a.m., the Warden or other official in charge of the Anna M. Kross Center, produce prisoner Joshua Morciglio, NYSID: 05530766Y, B&C NO. 3492101316, at a suitable location within the Anna M. Kross Center equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel in the above-referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendant must: (1) transmit this Order to the Warden forthwith; (2) contact the Anna M. Kross Center forthwith to arrange the call and to determine the telephone number at which Defendant will be reachable at the above time and date; and (3) telephone the Court with Defendant on the line at the time and date of the conference. The dial-in information is as follows: at the above-specified time, the participants shall dial (888) 363-4749 and enter access code 5123533. Please note that the conference line will not be available until 10:00 a.m.

SO ORDERED.

Dated:   November 10, 2021
         New York, New York

KATHERINE POLK FAILLA
United States District Judge