**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 5, 2022

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York



MEMO ENDORSED

Re: United States v. Joshua Morciglio, 17 Cr. 531 (KPF)

Dear Judge Failla:

The parties respectfully request that the Court adjourn this VOSR proceeding, which is currently scheduled for January 13, 2022, to a date after February 14, 2022, which is Mr. Morciglio's next scheduled state court appearance. This adjournment will allow the VOSR proceeding to continue to track the state court proceeding, which concerns the same conduct underlying many of the specifications charged here.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Alison Moe, Esq.

```
Application GRANTED.  The conference scheduled for January 13, 2022, is
hereby ADJOURNED to February 17, 2022, at 10:00 a.m.  The conference
will proceed by video-conference.  Access instructions will be
distributed in advance of the conference.  The Clerk of Court is
directed to terminate the pending motion at docket entry 61.
                                       SO ORDERED.
Date:    January 6, 2022
         New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```