# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

July 15, 2022

By ECF

> # MEMO ENDORSED

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re: United States v. Joshua Morciglio, 17 Cr. 531 (KPF)**

Dear Judge Failla:

I write with the Government's consent to respectfully request that the Court adjourn this VOSR proceeding (currently scheduled for July 22, 2022) to a date in September 2022. This adjournment will allow the VOSR proceeding to continue to track Mr. Morciglio's state court proceeding, which concerns the same conduct underlying many of the specifications charged here, and which is next scheduled for August 30, 2022.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Alison Moe, Esq.

```
Application GRANTED.  The conference scheduled for July 22, 2022 is hereby
ADJOURNED to September 8, 2022 at 11:00 a.m., in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Clerk
of Court is directed to terminate the pending motion at docket entry 69.
```

```
Dated:    July 15, 2022          SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```