**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 26, 2022

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York



**Re: United States v. Joshua Morciglio, 17 Cr. 531 (KPF)**

Dear Judge Failla:

I write with the Government's consent to respectfully request that the Court adjourn this VOSR proceeding (currently scheduled for November 2, 2022) to a date after December 5, 2022. This adjournment will allow the VOSR proceeding to continue to track Mr. Morciglio's state court proceeding, which concerns the same conduct underlying many of the specifications charged here, and which is next scheduled for December 5.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Alison Moe, Esq.

Application GRANTED.  The VOSR proceeding currently scheduled for November 2, 2022, is hereby **ADJOURNED to January 3, 2023, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motions at docket entries 71 and 73.

Dated:     October 26, 2022        SO ORDERED.
           New York, New York

                                   *[signature]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE