Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 15, 2022

By ECF



**MEMO ENDORSED**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re: United States v. Joshua Morciglio, 17 Cr. 531 (KPF)**

Dear Judge Failla:

I write with the Government's consent to respectfully request that the Court adjourn this VOSR proceeding (currently scheduled for January 3, 2023) to a date after January 26, 2023. This adjournment will allow the VOSR proceeding to continue to track Mr. Morciglio's state court proceeding, which concerns the same conduct underlying many of the specifications charged here. The state case is next scheduled for January 26, at which point it is likely that a trial date will be set.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Alison Moe, Esq.

Application GRANTED. The proceeding scheduled to take place on January 3, 2023, is hereby **ADJOURNED to February 24, 2023, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motions at docket entries 71 and 75.

Dated:     December 15, 2022          SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE