**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 21, 2023

By ECF



Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re: United States v. Joshua Morciglio, 17 Cr. 531 (KPF)**

Dear Judge Failla:

I write with the Government's consent to respectfully request that the Court adjourn this VOSR conference (currently scheduled for July 26, 2023) and allow the parties to submit a status update by letter within approximately 30 days. The VOSR has been adjourned multiple times to track Mr. Morciglio's state court proceeding, which concerns the same conduct underlying many of the specifications charged here. Mr. Morciglio's state case is currently scheduled for July 24, 2023; this would allow insufficient time for the parties to meaningfully update the Court as to the progress of the state proceeding in advance of the currently scheduled VOSR conference. According, the parties respectfully request the opportunity to submit a status update by letter within approximately 30 days.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Alison Moe, Esq.

Application GRANTED. The VOSR conference scheduled for July 26, 2023 is hereby ADJOURNED to **September 15, 2023 at 3:00 p.m.** The Parties are instructed to submit a status letter on or before **August 25, 2023** advising the Court of updates in the state case.

Dated: July 21, 2023
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE