**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2023

By ECF



Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re: United States v. Joshua Morciglio, 17 Cr. 531 (KPF)**

Dear Judge Failla:

I write on behalf of the parties to update the Court as to Mr. Morciglio's state court proceeding and to respectfully request that the Court schedule a VOSR conference for a date in January 2024 convenient for the Court. As for the state case, Mr. Morciglio has pled guilty to a felony offense in exchange for a promised sentence of six years' imprisonment. The parties expect that sentence will be imposed on December 13, and so request a date in January for our VOSR proceeding so that the Government has sufficient time to arrange Mr. Morciglio's transport to federal custody.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Alison Moe, Esq.

Application GRANTED.  The parties shall appear for a conference on **January 19, 2024,** at **11:00 a.m.**  The Government shall submit a writ to Chambers as soon as practicable so that a timely production request may be made to the U.S. Marshals Service.

The Clerk of Court is directed to terminate the pending motion at docket number 89.

Dated:    December 7, 2023         SO ORDERED.
          New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE