

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2023

**By ECF**

MEMO ENDORSED

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Joshua Morciglio</u>, 17 Cr. 531 (KPF)

Dear Judge Failla:

    I write to notify the Court that I will be leaving the United States Attorney's Office for the Southern District of New York. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance as counsel of record in the above-captioned matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Alison Moe
    Assistant United States Attorney
    212-637-2225

cc: Jonathan Marvinny, Esq. (by ECF)

---

Application GRANTED.  The Court wishes Ms. Moe the best of luck in her future endeavors.

The Clerk of Court is directed to terminate the pending motion at docket number 92.

Dated:    December 15, 2023
           New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE