

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



**Re:** *United States v. Joshua Morciglio*, 17 Cr. 531 (KPF)

Dear Judge Failla:

     I write on behalf of the parties to update the Court concerning Mr. Morciglio's state court proceeding and to respectfully request that the Court adjourn the VOSR conference presently scheduled for January 19, 2024, at 11:00 a.m. In the state court case, Mr. Morciglio pled guilty to a felony offense in exchange for a promised sentence of six years' imprisonment. The sentencing proceeding in state court was scheduled for December 13, 2023, but it has been adjourned to January 30, 2024. Accordingly, the parties respectfully request a date in late February or early March of 2024 for our VOSR proceeding so that the Government has sufficient time to arrange Mr. Morciglio's transport to federal custody.

     Thank you for your attention to this request.

                             Respectfully submitted,

                             DAMIAN WILLIAMS
                             United States Attorney

by: *[signature]*

                             James G. Mandilk
                             Assistant United States Attorney
                             (212) 637-2453

CC: Jonathan Marvinny (Federal Defenders of New York) (by ECF)

Application GRANTED.  The conference scheduled for January 19, 2024 is hereby ADJOURNED to **March 7, 2024,** at **3:00 p.m.**  As before, the conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, New York, New York.

The Government shall submit a writ to Chambers as soon as practicable so that a timely production request maybe made to the U.S. Marshals Service.

The Clerk of Court is directed to terminate the pending motion at docket number 94.

Dated:      January 8, 2024              SO ORDERED.
            New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE